UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TOWN OF BLOOMING GROVE,
NEW YORK,

                Petitioner,

       -v-                                          1:25-CV-88 (AJB/TWD)

SEAN MAHAR, *et al.*,

                Respondents.
_____

**Hon. Anthony J. Brindisi, U.S. District Judge:**

## ORDER GRANTING REMAND

        On January 16, 2025, Respondents-Defendants Keen Equities, LLC, Clovewood Transportation Corporation, Keen Transportation Corporation, and Dvrei Chaim Transportation Corporation (the "Keen Defendants") filed a Notice of Removal, removing this action from the Supreme Court of the State of New York to this Court. *See* Dkt. No. 1.

        On February 4, 2025, Respondents-Defendants Sean Mahar and the New York State Department of Environmental Conservation submitted a Motion to Remand, and on February 7, 2025, Petitioner-Plaintiff filed a motion seeking substantially similar relief. Dkt. Nos. 12, 13.

        On February 25, 2025, the Court granted the Keen Defendants' request for an extension of time to respond, instructing the parties that any responses to the pending Motions to Remand were to be submitted by March 18, 2025, with any replies due by April 1, 2025. *See* Dkt. 21.

        In lieu of a response, the Keen Defendants, by their March 18, 2025 filing, notified the Court that they consented to the remand of this action and wished to withdraw their Notice of

Removal.  Dkt. No. 22.  No other party has expressed a position on the Keen Defendants' request.

Upon review of the Keen Defendants' filing, the applicable law and the relevant circumstances, and hearing no opposition from the remaining parties, the Court finds that remand is appropriate.

Therefore, it is

**ORDERED** that

1. The Motions to Remand (Dkt. Nos. 12, 13) are **GRANTED**; and

2. This action is **REMANDED** to the Supreme Court of the State of New York, Albany County.

The Clerk of Court is directed to terminate the pending motions and close the case.

**SO ORDERED.**

Dated: April 2, 2025
Utica, New York.

Anthony J. Brindisi
U.S. District Judge